Hassan ALLISON, Defendant/Appellant,

v.

STATE of Missouri, Respondent.

No. 74293.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 30, 1999.

D. Warren Hoff, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Wade Thomas, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, P.J., GARY M. GAERTNER, J., and RHODES RUSSELL, J.

*ORDER*

PER CURIAM.

Hassan Allison appeals from a judgment denying, without an evidentiary hearing, his Rule 29.15 motion for post-conviction relief.

The findings and conclusions of the motion court are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

In re MARRIAGE OF Linda A. CANNON and Michael D. Cannon.

Linda A. Cannon, Petitioner/Respondent,

v.

Michael D. Cannon,
Respondent/Appellant.

No. 74299.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 30, 1999.

Frank D. Keefe, Frank D. Keefe, P.C., Ellisville, for appellant.

Michelle S. House-Connaghan, Jeffery T. McPherson, Armstrong Teasdale LLP, St. Louis, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).